UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:20-cv-858-J-32PDB

DAVID POSCHMANN,

        Plaintiff,

v.

CASA MARINA HOTEL AND
RESTAURANT, INC.,

        Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: September 28, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Michael Balangue |
| Drew M. Levitt | Michael Balangue |
| Florida Bar No. 782246 | Florida Bar No. 1003194 |
| drewmlevitt@gmail.com | mb@campionelawpa.com |
| Lee D. Sarkin | CAMPIONE LAW, P.A. |
| Florida Bar No. 962848 | 3200 Emerson Street |
| lsarkin@aol.com | Jacksonville, Florida 32207 |
| 4700 N.W. Boca Raton Boulevard | Telephone (904) 990-8400 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |