UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.   Case No. 3:20-cv-858-J-32PDB

CASA MARINA HOTEL AND
RESTAURANT, INC.,

    Defendant.

## O R D E R

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 9), filed on September 28, 2020, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of September, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record